# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| Rey Eimert, individually and on behalf of all others similarly | | Case No. 4:23-cv-00097 |
| Plaintiff | | |
| v. | | |
| TMX Finance Corporate Services, Inc. and TMX FINANCE LLC | | Appearing on behalf of |
| Defendant | | Plaintiff |
| | | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __24th__ day of __April__ , __2023__ .

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Norman E. Siegel

**Business Address:** Stueve Siegel Hanson LLP
Firm/Business Name

460 Nichols Road
Street Address

Suite 200 | Kansas City | MO | 64112
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

816-714-7100
Telephone Number (w/ area code) | Georgia Bar Number

**Email Address:** siegel@stuevesiegel.com